UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMMIE LEE McDOWELL, JR., <br><br> Plaintiff <br><br> v. <br><br> DENNIS HOMAN, <br><br> Defendants | Case No. 3:22-cv-00166-MMD-CLB <br><br> **ORDER** |

**I.    DISCUSSION**

On April 11, 2022, Plaintiff Tommie Lee McDowell, Jr., a prisoner in the custody of the Nevada Department of Corrections, submitted a civil-rights complaint under 42 U.S.C. § 1983 (ECF No. 1-1). Plaintiff neither paid the full $402 filing fee nor filed an application to proceed *in forma pauperis*. Plaintiff instead filed a "Notice to the Court" explaining that he submitted a brass slip on April 10, 2022, to prison authorities seeking to have the full $402 filing fee paid from his prison trust account, and he asks that the Court delay taking any action. (ECF No. 1-2). The Court construes Plaintiff's letter as a request for an extension and now grants Plaintiff an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee on or before **June 13, 2022**. To the extent that Plaintiff's letter seeks other relief, it is denied.

Plaintiff is cautioned that letters seeking relief do not comply with the Court's local rules. The Court's rules provide that except in circumstances not relevant here, "an attorney or pro se party must not send case-related correspondences, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties." Nev. L.R. IA 7-1(b). Further, "[t]he court may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation, or notice." *Id.*

/ / /

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's letter, which the Court construes as a motion for extension of time, (ECF No. 1-2) is granted. The letter is denied in all other respects.

IT IS FURTHER ORDERED that on or before **June 13, 2022**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: April 13, 2022

_____
UNITED STATES MAGISTRATE JUDGE